USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/12/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

IVAN GUILLERMO ESPINOSA-GUTIERREZ,

                    Defendant.

20 Cr. 111 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that a change-of-plea hearing is scheduled in this matter for **February 19, 2020**, at **1:00 p.m.**

    SO ORDERED.

Dated: February 12, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge