UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

IVAN GUILLERMO ESPINOSA-GUTIERREZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2020__

20 Cr. 111 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that sentencing will be held in this matter on **May 20, 2020**, at **3:00 p.m.**
By **May 6, 2020,** Defendant shall file his sentencing submission. By **May 13, 2020**, the
Government shall file its sentencing submission.

SO ORDERED.

Dated: March 4, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge