UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

IVAN GUILLERMO ESPINOSA-GUTIERREZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/2020__

20 Cr. 111 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for May 20, 2020, at 3:00 p.m., is hereby RESCHEDULED to **May 20, 2020**, at **9:00 a.m.** It is ORDERED that the sentencing shall proceed by telephone conference. The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

SO ORDERED.

Dated: May 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge